```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Najhim Luke,

                     Plaintiff,

    -against-

C.O. Khalid,

                     Defendant.

1:21-cv-05137 (RA) (SDA)

**ORDER FOR TELEPHONE CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

IT IS HEREBY ORDERED that the Warden or other official in charge of the North Infirmary Command ("NIC") produce plaintiff Najhim Luke, NYSID No. 12445423Z, on Thursday, January 13, 2022 at 10:00 a.m., to a suitable location within the NIC that is equipped with a telephone, for the purpose of participating in a conference with the Court and Defendant's counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform Chambers by calling Courtroom Deputy Katherine Lopez at (212) 805-0274.

Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact NIC to arrange the call and determine the telephone number at which Plaintiff will be reachable at the above time and date; and (3) at the scheduled time, call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745 with Plaintiff on the line.

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:   New York, New York
         December 17, 2021

*[signature: Stewart D. Aaron]*
_____
STEWART D. AARON
United States Magistrate Judge