```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  12/22/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Najhim Luke,

                                           Plaintiff,

                 -against-

C.O. Khalid,

                                        Defendant.

1:21-cv-05137 (RA) (SDA)

ORDER RESCHEDULING TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

The Court previously scheduled a telephone conference on January 13, 2021 at 10 a.m. EST. (*See* ECF No. 20.) The telephone conference is hereby rescheduled to January 13, 2021 at **11 a.m. EST**.

The Warden or other official in charge of the North Infirmary Command ("NIC") shall produce plaintiff Najhim Luke, NYSID No. 12445423Z, on Thursday, January 13, 2022 at **11:00 a.m. EST**, to a suitable location within the NIC that is equipped with a telephone, for the purpose of participating in a conference with the Court and Defendant's counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform Chambers by calling Courtroom Deputy Katherine Lopez at (212) 805-0274.

Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact NIC to arrange the call and determine the telephone number at which Plaintiff will be reachable at the above time and date; and (3) at the scheduled time, call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745 with Plaintiff on the line.

**SO ORDERED.**

DATED:      New York, New York
            December 22, 2021

_____
STEWART D. AARON
United States Magistrate Judge

**SO ORDERED.**

DATED:      New York, New York
            December 22, 2021

_____
STEWART D. AARON
United States Magistrate Judge