```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Najhim Luke,

                                  Plaintiff,

           -against-

C.O. Khalid,

                                  Defendant.

1:21-cv-05137 (RA) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby Ordered as follows:

1. No later than Friday, January 14, 2022, Defendant shall mail to Plaintiff a copy of the authorization form for the release of Plaintiff's medical records. Plaintiff shall complete and return such form to Defendant no later than February 4, 2022.

2. The deadline for Plaintiff to file an amended pleading is February 10, 2022.

3. No later than January 27, 2022, Defendant shall provide to Plaintiff an initial production of documents, including documents required under Local Civil Rule 33.2. Defendant shall produce all remaining documents to Plaintiff no later than March 14, 2022.

4. The deadline for the completion of all discovery, including any depositions, is June 13, 2022.

5. The parties shall file a joint letter regarding the status of discovery on March 14, 2022.

Plaintiff is reminded that failure to comply with discovery obligations, including to provide the required authorization form, may result in the imposition of sanctions up to an including a recommendation to the District Judge that his case be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:   New York, New York
         January 13, 2022

_____
STEWART D. AARON
United States Magistrate Judge